**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
  Lewis, Teresa M.

                                     :

     Debtor

                                     :  13-12758 sr

## <u>CERTIFICATE OF SERVICE</u>

   I certify that on the date shown below a copy of NOTICE OF FILING OF

Motion to Modify Plan After Confirmation, Order and Notice was served upon

the parties listed below, all interested parties and all creditors by mailing such

copy by first class, regular U.S. mail, postage prepaid or by electronic means.

June 21, 2017

<u>/"s"/ Mitchell J. Prince, Esquire</u>
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150