**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Lewis, Teresa M.
    Debtor : 13-12758 sr

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**COPA Exec Off-Bur of Comm Pay Op**
**PO Box 8006**
**Harrisburg, PA 17105-8006**

Re: **Lewis, Teresa M.**
SSN: xxx-xx-5864

    The future earnings of the above named debtor Lewis, Teresa M., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's modified chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$598 monthly from Debtor's Pay which started on 4/29/14, will be reduced effective 6/29/17 to $230 monthly for a period of 10 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$598 monthly from Debtor's Pay which started on 4/29/14, will be reduced effective 6/29/17 to $230 monthly for a period of 10 months to:**

    Frederick Reigle, Trustee, P.O. Box 680, Memphis, TN 38101-0680

    BY THE COURT

_____
    JUDGE **STEPHEN RASLAVICH**
        **Dated: June 22, 2017**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

COPA Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606