United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa M. Lewis  
       Debtor

Case No. 13-12758-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 22, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db          +Teresa M. Lewis,    7831 Rugby Street,    Philadelphia, PA 19150-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF8 Master Participation Trust ecfmail@mwc-law.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOEL S. TODD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,    jtodd@jtoddlaw.com  
         JOHN L. MCCLAIN    on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,    edpabankcourt@aol.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                         TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Lewis, Teresa M.
    Debtor                                          : 13-12758 sr

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**COPA Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006**

Re:    **Lewis, Teresa M.**
SSN:    xxx-xx-5864

    The future earnings of the above named debtor Lewis, Teresa M., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's modified chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$598 monthly from Debtor's Pay which started on 4/29/14, will be reduced effective 6/29/17 to $230 monthly for a period of 10 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$598 monthly from Debtor's Pay which started on 4/29/14, will be reduced effective 6/29/17 to $230 monthly for a period of 10 months to:**

    Frederick Reigle, Trustee, P.O. Box 680, Memphis, TN 38101-0680

        BY THE COURT    *Stephen Raslavich*
        _____
        JUDGE **STEPHEN RASLAVICH**
        **Dated: June 22, 2017**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

COPA Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606