United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12758-sr
Teresa M. Lewis                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1           Date Rcvd: Jul 07, 2017
                           Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
13537783        +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          CELINE P. DERKRIKORIAN   on behalf of Creditor   LSF8 Master Participation Trust
          ecfmail@mwc-law.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOEL S. TODD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
          Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,   jtodd@jtoddlaw.com
          JOHN L. MCCLAIN   on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,   edpabankcourt@aol.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
          of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   DLJ Mortgage Capital, Inc.
          mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
          Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12758-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Teresa M. Lewis
7831 Rugby Street
Philadelphia PA 19150

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/06/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | Wilmington Savings Fund Society, FSB, et al c/o Carrington Mortgage Services, LLC 1600 South Douglass Road Anaheim, CA 92806 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/09/17

Tim McGrath
**CLERK OF THE COURT**