**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    Lewis, Teresa M.
       Debtor                        :         13-12758 sr

## ORDER

AND NOW, to wit, this _____day of _____, 2017, upon consideration of

the foregoing Motion filed by the Debtor's attorney **"To Modify Plan after Confirmation"**,

IT IS HEREBY ORDERED.

That the motion is granted.

BY THE COURT

_____
JUDGE **STEPHEN RASLAVICH**

John L. Mc Clain, Esquire    **Dated: July 26, 2017**
PO Box 123
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150