# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  : Chapter 13

**Lewis, Teresa M.**                          :         13-12758 sr

    **Debtor**

## CERTIFICATE OF SERVICE

I certify that on  July 27, 2017 ,  the standing trustee, Chapter 13 trustee and all creditors of the debtor that have requested a copy of the same served  a copy of the "Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan" either by ECF or by first class regular U.S. mail.

Dated: July 27, 2017

                                "/s/"Mitchell J. Prince
                                John L. McClain, Esquire
                                Mitchell J. Prince, Esquire
                                Attorneys for debtor

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123