United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa M. Lewis  
      Debtor

Case No. 13-12758-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jul 26, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.  
db         +Teresa M. Lewis,   7831 Rugby Street,   Philadelphia, PA 19150-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

      CELINE P. DERKRIKORIAN   on behalf of Creditor   LSF8 Master Participation Trust ecfmail@mwc-law.com  
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JOEL S. TODD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com, jtodd@jtoddlaw.com  
      JOHN L. MCCLAIN   on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com, edpabankcourt@aol.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
      PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      THOMAS I. PULEO   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                      TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
    Lewis, Teresa M.
       Debtor  :  13-12758 sr

## ORDER

AND NOW, to wit, this _____ day of _____, 2017, upon consideration of the foregoing Motion filed by the Debtor's attorney **"To Modify Plan after Confirmation"**,

IT IS HEREBY ORDERED.

    That the motion is granted.

BY THE COURT

_____
JUDGE **STEPHEN RASLAVICH**

**Dated: July 26, 2017**

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150