**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  : Chapter 13
       Lewis, Teresa M.

       Debtor(s)                                          : 13-12758 sr

                          :

**ORDER TERMINATING WAGE ORDER**

      **AND NOW,** this       day of                    2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

      **ORDERED**, that the wage order previously entered in this case, directing COPA Exec Off-Bur of Comm Pay Op to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

      BY THE COURT

_____
JUDGE

**Date: March 23, 2018**

COPA Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606