United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12758-jkf
Teresa M. Lewis                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia          Page 1 of 1            Date Rcvd: Mar 23, 2018
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db           +Teresa M. Lewis,    7831 Rugby Street,    Philadelphia, PA 19150-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
      CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF8 Master Participation Trust
       ecfmail@mwc-law.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOEL S. TODD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
       Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,    jtodd@jtoddlaw.com
      JOHN L. MCCLAIN    on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,    edpabankcourt@aol.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
       of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc.
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       karena.blaylock@phila.gov
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
       Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                 TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Lewis, Teresa M.

    Debtor(s) : 13-12758 sr

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this _____ day of _____ 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing COPA Exec Off-Bur of Comm Pay Op to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

**Date: March 23, 2018**

COPA Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lewis, Teresa M.
7831 Rugby Street
Philadelphia, PA 19150


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606