United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa M. Lewis  
  Debtor

Case No. 13-12758-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 2              Date Rcvd: May 09, 2018
                            Form ID: 138NEW          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db             +Teresa M. Lewis,    7831 Rugby Street,    Philadelphia, PA 19150-2509
cr             +Wilmington Savings Fund Society, FSB, as Trustee o,    1600 S. Douglass Rd.,
                 Anaheim, CA 92806-5948
13008235      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13008236       Beneficial Consumer Discount Company,    PO Box 1231,    Brandon, FL 33509-1231
13008237      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13537783      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13008242      +GRB Law,    1425 Spruce Street, Ste 100,    Philadelphia, PA 19102-4578
13008243       Harper & Paul,    140 West Maplewood Avenue,    Philadelphia, PA 19144-3307
13008244      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13008246      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13452522      +LSF8 Master Participation Trust,    PO Box 24330,    Oklahoma City, OK 73124-0330
13039803      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept3f
13008249       Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
13947575      +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:00      City of Philadelphia,
                 Law Revenue Department,    c/o Aaron Shotland, Esquire,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Building,    Philadelphia, PA  19102
13008234      +E-mail/Text: broman@amhfcu.org May 10 2018 02:48:48      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13008239       E-mail/Text: bankruptcy@cashcall.com May 10 2018 02:49:34      Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
13051084      +E-mail/Text: bncmail@w-legal.com May 10 2018 02:48:50      CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
13008240       E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:00      City of Philadelphia,
                 Law Dept. - Tax Unit,    1401 JFK Blvd. 5th Floor,    Phila., PA 19102
13096464       E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:00      City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13467808      +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 10 2018 02:49:48      Caliber Home Loans, Inc.,
                 P.O. Box 24330,    Oklahoma City, OK 73124-0330
13008238      +E-mail/Text: cms-bk@cms-collect.com May 10 2018 02:48:13      Capital Management Services, LP,
                 726 Exchange Steet, Ste 700,    Buffalo, NY 14210-1464
13008245      +E-mail/Text: bk@investment-retrievers.com May 10 2018 02:48:44      Investment Retrievers,
                 PO Box 4733,    El Dorado Hills, CA 95762-0023
13130693       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2018 02:54:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13008247      +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2018 02:54:42      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13008248      +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2018 02:48:43      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13008241        Estate of Mary Harris (dod 9/29/2005)
13106266*      +Investment Retrievers Inc.,    PO Box 4733,    El Dorado Hills CA 95762-0023
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
                                                                                TOTALS: 1, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: May 09, 2018
                              Form ID: 138NEW             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
          CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF8 Master Participation Trust
           ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOEL S. TODD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,    jtodd@jtoddlaw.com
          JOHN L. MCCLAIN    on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,    edpabankcourt@aol.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
           of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc.
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Teresa M. Lewis
    Debtor(s)

Bankruptcy No: 13−12758−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/9/18

88 − 87
Form 138_new