United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa M. Lewis  
    Debtor

Case No. 13-12758-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia     Page 1 of 1     Date Rcvd: Jun 13, 2018  
                       Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.  
db         +Teresa M. Lewis,    7831 Rugby Street,    Philadelphia, PA 19150-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF8 Master Participation Trust ecfmail@mwc-law.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        JOEL S. TODD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,    jtodd@jtoddlaw.com  
        JOHN L. MCCLAIN    on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,    edpabankcourt@aol.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Chapter: 13

    Teresa M. Lewis

Debtor(s)      Case No: 13–12758–jkf

---

*ORDER*

AND NOW, 6/13/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Jean K. FitzSimon

    Judge ,United States Bankruptcy Court