United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-12758-jkf
Teresa M. Lewis                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1              Date Rcvd: Jun 29, 2018
                             Form ID: 195             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Teresa M. Lewis,    7831 Rugby Street,    Philadelphia, PA 19150-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          CELINE P. DERKRIKORIAN    on behalf of Creditor   LSF8 Master Participation Trust
           ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOEL S. TODD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A jtodd@jtoddlaw.com,  jtodd@jtoddlaw.com
          JOHN L. MCCLAIN    on behalf of Debtor Teresa M. Lewis aaamcclain@aol.com,  edpabankcourt@aol.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
           of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   DLJ Mortgage Capital, Inc.
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                               TOTAL: 10

Case 13-12758-jkf   Doc 97   Filed 07/01/18   Entered 07/02/18 00:59:21   Desc Imaged
Certificate of Notice   Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Teresa M. Lewis                                           : Case No. 13–12758–jkf
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 29, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                            By The Court

                                          Jean K. FitzSimon
                                          Judge , United States Bankruptcy Court